UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-85-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | ORDER |
| | ) | |
| **BRYAN LYLES,** | ) | |
| Defendant**.** | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Release of Custody. (Doc. No. 40). The Court will require a response from the Government before ruling on the motion.[1]

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: April 23, 2020

Max O. Cogburn Jr.
United States District Judge

---

[1] The Court is not requiring the Government to file responsive briefs for most of the COVID-19 motions, but defendant here appears to have exhausted his administrative remedies, he has provided medical documentation, and his estimated release date is August 2020—all factors that <u>may</u> weigh in favor of release to home confinement for the duration of defendant's sentence. Thus, the Court would like the Government's input before ruling on defendant's motion.